WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
901 Market Street, Suite 500
San Francisco, California 94103
Telephone:    (415) 356-5053
Facsimile:     (415) 356-5046

Attorneys for Plaintiff Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. C-02-4717 CRB |
| Plaintiff, | **COMPLAINT** |
| v. | Civil Rights - Employment Discrimination |
| **BORAGGIO RESTAURANT, INC., dba CHENERY PARK RESTAURANT** | DEMAND FOR JURY TRIAL |
| Defendant. | |

## NATURE OF THE ACTION

This action is brought pursuant to Title VII or the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of retaliation, and to provide appropriate relief to Shannon Craine who was adversely affected by such practices. Defendant Boraggio Restaurant, Inc., dba Chenery Park Restaurant subjected Ms. Craine to unlawful retaliation after she complained about sexual harassment by suspending and then discharging her from employment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to §706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-5(f)(1) and

COMPLAINT FOR DISCRIMINATION      Page 1

(3) ("Title VII") and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of California, San Francisco/Oakland division.

## INTRADISTRICT ASSIGNMENT

3. This action is appropriate for assignment to San Francisco/Oakland because the unlawful employment practices alleged were and are being committed within San Francisco County, the employment record relevant to the unlawful practices are located in San Francisco County, and because Defendants' principal place of business is in San Francisco County.

## PARTIES

4. Plaintiff, the Equal Employment Opportunity Commission ("Commission") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by §§706(f)(1) and (3) of Title VII, §§2000-e(f)(1) and (3).

5. Defendant Boraggio Restaurant, Inc., dba Chenery Park Restaurant ("Chenery Park") is a California corporation, doing business in the State of California, in the County of San Francisco, and has continuously had at least 15 employees.

6. At all relevant times, Defendant Chenery Park has continuously been an employer engaged in an industry affecting commerce, within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000-e(b), (g) and (h).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Charging Party Shannon Craine ("Charging Party") filed a charge with Plaintiff Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least September 16, 2001, Defendant has engaged in unlawful employment practices in violation of §704(a) of Title VII, 42 U.S.C. §2000-e-3(a) by

taking adverse employment actions against Charging Party in retaliation for her opposition to sexual harassment, including but not limited to the suspension of Charging Party and subsequent termination of Charging Party's employment.

9. The effect of the action complained of in paragraph 8 above has been to deprive Charging Party of equal employment opportunities and otherwise adversely affect her status as employees because of her protected activity.

10. The unlawful employment practices complained of in paragraph 8 above were intentional.

11. The unlawful employment practices complained of in paragraph 8 above were done with malice or with reckless indifference to the federally protected rights of Charging Party.

**PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons acting in concert or participation with them, from retaliation against its employees for engaging in activity protected under Title VII.

B. Order Defendant to institute and carry out policies, practices, and programs which prohibit retaliation, and which eradicate the effects of its unlawful employment practices.

C. Order Defendant to make whole Charging Party by providing appropriate back pay and benefits with prejudgment interest, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement and/or front pay and other appropriate relief to be determined at trial.

E. Order Defendant to make whole Charging Party by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above, including but not limited to such out-of-pocket expenses as medical care necessitated by Defendant's unlawful conduct, in

1 amounts to be determined at trial.

2     E.    Order Defendant to make whole Charging Party by providing
3 compensation for past and future nonpecuniary losses resulting from the unlawful
4 practices complained of above including, but not limited to emotional pain and
5 suffering, inconvenience, loss of enjoyment of life and humiliation, in amounts to be
6 determined at trial.

7     F.    Order Defendants to pay Charging Party punitive damages for the
8 malicious and reckless conduct described above, in amounts to be determined at trial.

9     G.    Grant such further relief as the Court may deem just and proper in the
10 public interest.

11     H.    Award the Commission its costs of this action.

## DEMAND FOR JURY TRIAL

13 Pursuant to the provisions of Federal Rule of Civil Procedure 38(b), Plaintiff
14 hereby demands a jury trial.

15     Respectfully submitted,

16     Nicholas Inzeo
    Acting Deputy General Counsel

17

18     **Equal Employment Opportunity Commission**
    1801 L Street, N.W.
    Washington, DC 20507

19

20 Date: September 30, 2002     _____
    WILLIAM R. TAMAYO
21     Regional Attorney

22

Date: September 30, 2002     _____
23     JONATHAN T. PECK
    Supervisory Trial Attorney

24

25 Date: September 30, 2002     _____
    CINDY O'HARA
26     Senior Trial Attorney

27     **Equal Employment Opportunity Commission**
    San Francisco District Office
28     901 Market Street, Suite 500
    San Francisco, CA 94103
    (415) 356-5053